UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH HENDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> BENICORP INSURANCE COMPANY, an Indiana corporation, <br><br> Defendant. | Case No. 2:05-cv-00716-BES-GWF <br><br> **ORDER** |

On November 18, 2010 and December 1, 2010, the Court scheduled hearings for Plaintiff to show cause why this action should not be dismissed. The parties failed to attend these hearings. As a result, the Court will now order Plaintiff to file a status report stating whether she wants to move forward with this case or whether she wants to dismiss this action. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a status report on or before **December 10, 2010** stating whether and how Plaintiff would like to proceed. Failure to comply with this order will result in the Court recommending that this action be dismissed with prejudice.

DATED this 3rd day of December, 2010.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
United States Magistrate Judge